

United States District Court
Eastern District of California

Simone M. Gold, M.D.

Plaintiff(s)

V.

The Medical Board of California, et al.

Defendant(s)

Case Number: 2:23-cv-02387-JAM-JDP

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Kerry Lawson Pedigo hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Simone M. Gold, M.D.

On 11/08/1985 (date), I was admitted to practice and presently in good standing in the State Bar Of Texas (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: October 19, 2023

Signature of Applicant: /s/ *[signature]*

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Kerry Lawson Pedigo |
| Law Firm Name: | Miller Keffer & Pedigo, PLLC |
| Address: | 3100 Monticello Ave., |
| | Suite 480 |
| City: | Dallas     State: TX     Zip: 75205 |
| Phone Number w/Area Code: | (214) 696-2050 |
| City and State of Residence: | Dallas, Texas |
| Primary E-mail Address: | klpedigo@mkp-law.net |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Heather E. Gibson |
| Law Firm Name: | Law Offices of Heather Gibson, P.C. |
| Address: | 1871 Martin Avenue |
| City: | Santa Clara     State: CA     Zip: 95050 |
| Phone Number w/Area Code: | (408) 250-3502     Bar # 240938 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: October 24, 2023         /s/ John A. Mendez
                                JUDGE, U.S. DISTRICT COURT